IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>    Tier One, LLC | : | Bankruptcy No. 21-20304 |
| | : | Chapter 11 |
| Debtor | : | |
| | : | |
|     Tier One, LLC<br>Movant | : | Related to Document No. 1 |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __Robert O Lampl 19809__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: /s/ Robert O Lampl
    Signature
    Robert O Lampl 19809
    Typed Name
    Benedum Trees Building
    223 Fourth Avenue, 4th Floor
    Pittsburgh, PA 15222
    Address
    412-392-0330 Fax:412-392-0335
    Phone No.
    19809 PA
    List Bar I.D. and State of Admission

Allegheny Medical
2000 Cliff Mine Road Park West Two
Suite 110
Pittsburgh, PA 15275

Apex Energy Service LLC
101 Kennedy Road Suite 201
Charleroi, PA 15022

Armark Colombus
c/o CFM
PO Box 674257
Marietta, GA 30006-0072

Atlantic Recovery Servics
100 Kragel Road Building 3
Richmond, OH 43944

Axiom Medical Consulting, LLC
P.O. Box 207282
Dallas, TX 75320

Berkley Insurance Company
c/o Dawn Stafseth
Caine & Weiner
5805 Sepulveda Blvd 4th Floor
Van Nuys, CA 91411

Bob Sumerel Tire Co.
PO Box 633096
Cincinnati, OH 45263

Bos Solutions
999 Laurel View Dr
Smithfield, PA 15478

C&L Enterpises
c/o Travis Dunn
Bootay BEvington & Nichols, LLC
6 Clairton Boulevard
Pittsburgh, PA 15236

DISA Global Solutions, Inc
10900 Corporate Centre Dr Suite 250
Houston, TX 77041

Duquesne Light Company
411 Seventh Avenue
Pittsburgh, PA 15230

Enterprise Rent-A-Car
4485 Campbells Run Rd
Pittsburgh, PA 15205

Euler Herms Services North America LLC
800 Red Brook Blvd
Owings Mills, MD 21117

FA Catroppa LLC
502 Angela Drive
Aliquippa, PA 15001

FACT LLC
35 Kings Highway East, Suite 203B
Haddonfield, NJ 08033

Global Pak
9636 Elkton Road
Lisbon, OH 44432

Green Accounting LLC
4127 Brownsville Road
Suite 209
Pittsburgh, PA 15227

H&K Equipment
4200 Casteel Drive
Coraopolis, PA 15108

HireRight, LLC
3349 Michelson Drive, Suite 150
Irvine, CA 92612

Hunter's Truck & Sale Service
4637 Campbells Run Rd
Pittsburgh, PA 15205

Job Service North Dakota
PO Box 5507
Bismarck, ND 58506-5507

Lyden Oil Company
3711 Leharps Dr
Youngstown, OH 44515

Mad Trailer Leasing LLC
c/o David B. Spalding
157 Wilbur Drive, N.E.
North Canton, OH 44720

Medexpress Urgent Care, Inc.
423 Fortress Boulevard
Morgantown, WV 26508

Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St
Pittsburgh, PA 15222

MWAA
160 Hopewell Ave
Aliquippa, PA 15001

Office of Uneployment Compensation
PA Dept. of Labor and Industry
301 Fifth Avenue, Suite 230
Pittsburgh, PA 15222

Offices of the Insurance Commissioner
900 Pennsylvania Ave
Charleston, WV 25302

Ohio Bureau of Workers' Compensation
30 W Spring St
Columbus, OH 43215

Oil and Gas Safety Supply LLC
52 Murtland Ave
Washington, PA 15301

Peoples Gas
375 N Shore Dr.
Pittsburgh, PA 15212

Petta Enterprises, LLC


Pifer's Service Center, LLC
115 Elizabeth Pike
Mineral Wells, WV 26150

Quality Auto Parts
2119 Brodhead Rd,
Aliquippa, PA 15001

Ralich Truck Center
c/o Steven R. Bovan
Tucker Arensberg
1500 One PPG Place
Pittsburgh, PA 15222

Remark Promotions
266 N Central Ave
Canonsburg, PA 15317

Republic Services
18500 N Allied Way
Phoenix, AZ 85054

Route 51 Auto & Truck Parts LLC
907 Old Rt. 51
Smock, PA 15480

S.D. Nold Inc
9026 OH-45
Lisbon, OH 44432

SafT Integration Consulting LLC
102 South Tower Road
Fombell, PA 16123

Sanford Health Occupational Medicine
3838 12th Ave N
Fargo, ND 58102

The American Road Machinery Company
3026 Saratoga Ave SW
Canton, OH 44706

TSTL, Inc.
C/O Christopher J. Davis
Sherrard, German & Kelly, P.C.
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222

United Health Care
339 Sixth Ave
Pittsburgh, PA 15222

Valley Equipment Services, LLC
607 1st St SW
Massillon, OH 44647

Valley Tire Co Inc
100 Progress Lane
Canonsburg, PA 15317

Valley Trucking Services
4571 Stephen Circle
Canton, OH 44718

Verizon
1095 Avenue of the Americas
New York, NY 10036

Vertical Solutions
1370 Washington Pike #101
Bridgeville, PA 15017

Walt's Garage, Inc.
1067 E National Pike
Washington, PA 15301

Westmoreland County Landfill
122 Conner Ln
Belle Vernon, PA 15012

```
WSI
1600 E. Century Ave
Ste 1
Bismarck, ND 58503

Xstreme MD
1028 Forum Dr
Broussard, LA 70518

Ziegler Tire
919 Brush Creek Road
Warrendale, PA 15086
```